COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

MIGUEL ANGEL ONTIVEROS,                                        No. 08-18-00197-CR

§

Appellant,                                        Appeal from the

§

v.                                                                           243rd District Court

§

THE STATE OF TEXAS,                                        of El Paso County, Texas

§

Appellee.                                        (TC# 20180D00096)

§

## MEMORANDUM OPINION

Miguel Angel Ontiveros is attempting to appeal his conviction of murder. Finding that Appellant did not timely file his notice of appeal, we dismiss the appeal for lack of jurisdiction.

A timely notice of appeal is necessary to invoke this Court's jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex.Crim.App. 1996). In a criminal case, a defendant's notice of appeal is due within thirty days after the sentence is imposed in open court or the trial court enters an appealable order. *See* TEX.R.APP.P. 26.2(a)(1). The judgment recites that sentence was imposed in open court on April 18, 2018. In a criminal case, the appellate timetable begins to run on the date sentenced is imposed in open court. *See* TEX.R.APP.P. 26.2(a)(1). Appellant's notice of appeal was due to be filed no later than May 18, 2018. Appellant did not file his notice of appeal until November 13, 2018. In the absence of a timely filed notice of appeal, a court of appeals does not have jurisdiction to address the merits of the appeal in a criminal case and can take no action

other than to dismiss the appeal for want of jurisdiction.  *See Slaton v. State*, 981 S.W.2d 208, 210

(Tex.Crim.App. 1998).  Accordingly, we dismiss the appeal for lack of jurisdiction.


GINA M. PALAFOX, Justice

November 30, 2018

Before McClure, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)